UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAY BALLARD,<br>    Plaintiff,<br>    v.<br>SAUL DURAN, et al.,<br>    Defendants. | Case No. 25-cv-00955-NW<br><br>**ORDER OF DISMISSAL** |

On January 30, 2025, Plaintiff Kenneth Ray Ballard filed the instant pro se civil rights action. ECF No. 1. After this matter was reassigned on February 13, 2025, correspondence mailed to Ballard was returned as undeliverable, and Ballard has still not provided the Court with his current address or made any contact with the Court in three months. ECF Nos. 6, 7.

Pursuant to Northern District Civil Local Rule 3-11, a party proceeding without attorney representation (pro se) whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. Civ. L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address. Civ. L.R. 3-11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address).

1   Accordingly, the matter is **DISMISSED** without prejudice to Ballard filing a motion to
2   reopen the action. Any motion to reopen must be accompanied by notice of his current address.
3   The Clerk shall close the file.
4   **IT IS SO ORDERED.**
5   Dated: May 13, 2025

_____
Noël Wise
United States District Judge