UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY BALLARD,

    Plaintiff,

    v.

SAUL DURAN, et al.,

    Defendants.

Case No. 25-cv-00955-NW

**ORDER REOPENING CASE**

Re: ECF No. 18

    Plaintiff Kenneth Ray Ballard filed the instant pro se civil rights lawsuit on January 30, 2025. ECF No. 1. On May 13, 2025, the Court dismissed the instant matter without prejudice to reopening after Ballard updated his address in compliance with Northern District Local Rule 3-11. ECF No. 9. Ballard has updated his address and requested that the Court reopen this matter. ECF No. 18. His request is **GRANTED** and the matter is **REOPENED**. Ballard also requests a blank civil rights form; to the extent that Ballard intends to file an amended complaint, he is reminded that he must seek leave to do so.

    The Clerk is requested to send Ballard a blank civil rights form with the copy of this Order.

    **IT IS SO ORDERED.**

Dated: June 30, 2025

_____
Noël Wise
United States District Judge