UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY BALLARD,

Plaintiff,

v.

SAUL DURAN, et al.,

Defendants.

Case No. 25-cv-00955-NW

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Plaintiff Kenneth Ray Ballard, a state detainee, filed this pro se civil rights complaint. On October 21, 2025, the Court dismissed his Complaint for failure to state a claim and granted him leave to amend. ECF No. 39. The Court ordered Ballard to file an amended complaint within 28 days or face dismissal of this case. The deadline has passed and Ballard has not filed an amended complaint. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE** to Ballard filing a motion to reopen. The motion must explain why the amended complaint was not timely filed and include a proposed amended complaint addressing the deficiencies identified in the Court's October 21, 2025, order.

**IT IS SO ORDERED.**

Dated: February 6, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California